**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

EDWARD EVERETT MCFIREN,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil No. 1:25-cv-01568-GSA

**ORDER GRANTING IN PART, AND DENYING IN PART, THE PARTIES STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND TO FILE THE ADMINSTRATIVE RECORD**

The parties stipulate to a 31-day extension of Defendant's January 16, 2026 deadline to answer Plaintiff's complaint and file the certified administrative record (CAR). Defendant's basis for the request is the appropriations lapse on September 30, 2025, which was restored on November 12, 2025. Defendant explains that the backlog is still prevalent.

Although this is understandable, appropriations have been restored for 2 months. Hence a 31-day extension seems a bit excessive. A shorter 21-day extension seems more reasonable and will be granted.

Accordingly, it is ORDERED that Defendant's deadline to file the CAR is extended to and including February 6, 2026, with all other dates adjusted accordingly.

IT IS SO ORDERED.

Dated:    **January 13, 2026**                  **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE