ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Oscar Gonzalez de Llano
Special Assistant United States Attorney
      Social Security Administration
      Program Litigation 1
      Law & Policy
      6401 Security Boulevard
      Baltimore, MD 21235
      Telephone: (510) 970-4818
      Email: Oscar.Gonzalez@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EDWARD EVERETT MCFIREN,

              Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

              Defendant.

No. 1:25-cv-01568-GSA

STIPULATION TO VOLUNTARY REMAND
PURSUANT TO SENTENCE FOUR OF
42 U.S.C. § 405(g) AND TO ENTRY OF
JUDGMENT; ORDER

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, offer the claimant the opportunity for a hearing and issue a new decision.  The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Stip. to Remand

Respectfully submitted this 24th day of March, 2026.

ERIC GRANT
United States Attorney

By:    *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant


Law Office of Paul Sachelari

By:    *s/ Paul Sachelari*
Paul Sachelari
(*as authorized by email)
Attorney for Plaintiff


### **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.


IT IS SO ORDERED.

Dated:    **April 7, 2026**            **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE


Stip. to Remand