UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD EVERETT MCFIREN,

               Plaintiff,

      v.

Commissioner of Social Security,

               Defendants.

No.  1:25-cv-1568-GSA

**ORDER GRANTING EAJA FEES**

As stipulated, ECF No. 16, it is **ORDERED** that Plaintiff is awarded attorney fees and expenses in the amount of $10,600 under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and $405 in costs under 28 U.S.C. § 1920, subject to the terms of the stipulation, ECF No. 16.

IT IS SO ORDERED.

Dated:  __**May 5, 2026**__          __**/s/ Gary S. Austin**__
                                     UNITED STATES MAGISTRATE JUDGE

1